# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nichole Friedman,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Brian W Morris, et al.,<br><br>　　　　Defendants. | No. CV-25-00084-PHX-MTM<br><br>**ORDER** |

　　　　Pending before the Court is the parties' Stipulation of Dismissal Without Prejudice, filed on September 4, 2025. (Doc. 24). For good cause shown in the Stipulation,

　　　　**IT IS ORDERED approving** the Stipulation (Doc. 24) and dismissing this action in its entirety, without prejudice, each party to bear its own attorneys' fees and costs.

　　　　**IT IS FURTHER ORDERED directing** the Clerk of Court to terminate this case.

　　　　Dated this 22nd day of September, 2025.

_____
Stephen M. McNamee
Senior United States District Judge